UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>Mohamed Ali Khan Yousafzai  )<br>)<br>) | Cr. No. 1:01-CR-10187-001 |

ORDER

O'Toole, Jr., George A.

It is hereby ORDERED that the restitution previously ordered to be paid to victim, Providian Bank, by the defendant shall be paid instead to JP Morgan Chase Bank, the successor to Providian Bank.

Dated: May 11, 2016

_____
GEORGE A. O'TOOLE, JR., U.S.D.J.